UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:08-CR-108-T-30EAJ |
| THEODORE COOPER, | : |
| Defendant, | : |
| and | : |
| AVERITT EXPRESS, INC., | : |
| Garnishee. | : |

**<u>ORDER TERMINATING GARNISHMENT</u>**

THIS CAUSE came on for consideration upon the United States of America's Motion to Terminate Garnishment (Doc. 30) of defendant Theodore Cooper's nonexempt disposable earnings pursuant to 28 U.S.C. § 3205(c)(10). The Court, having reviewed the Motion and the record, finds that termination of the garnishment is in all respects proper.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion to Terminate Garnishment (Doc. 30) is granted. It is further

ORDERED, ADJUDGED, AND DECREED that the Writ of Continuing Garnishment directed to Averitt Express, Inc., is hereby terminated and is of no further legal consequence. It is further

ORDERED, ADJUDGED, AND DECREED that to the extent the Clerk of Court has received or may receive funds in excess of those necessary to satisfy defendant's debt, the Clerk is hereby authorized to remit, forthwith, those excess funds directly to defendant.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2008\08-cr-108.termination30.wpd